**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| BOB NICOLS NORFLEET, | § | |
| (TDCJ-CID #01646699) | § | |
| | § | |
| Petitioner, | § | |
| vs. | § | CIVIL ACTION H-13-1050 |
| | § | |
| WILLIAM STEPHENS, | § | |
| | § | |
| Respondent. | § | |

**ORDER**

On June 18, 2013, this court granted the petitioner's motion for voluntary dismissal. (Docket Entry No. 13). This court also vacated its earlier order for the respondent to answer. (Docket Entry No. 6).

The respondent's motion for extension of time to respond to the petition, (Docket Entry No. 15), is denied as moot.

SIGNED on July 8, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge